Marjory Wedel Reinhard, Appellant, v. Richard Harvey Reinhard, Appellee.

Gen. No. 47,352. 

First District, Second Division.
October 7, 1958.
Released for publication October 23, 1958.

Musgrave, Ewins, Hanson & Anderson (John H. Hanson, of counsel) for appellant; Saltiel & Gerch (Melvin M. Landau, of counsel) for appellee. Opinion by JUSTICE MURPHY. Not to be published in full.